UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 12/12/2019

TZVEE WOOD and ANDREA MALESTER,

Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

Defendants.

14 Civ. 7535 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed Plaintiffs' letter, ECF No. 252, requesting an extension of time to object to the Honorable Debra C. Freeman's November 19, 2019 order, ECF No. 249, it is hereby ORDERED that Plaintiffs' request is GRANTED. By December 26, 2019, Plaintiffs shall file any objections to Judge Freeman's order. No further extensions shall be granted absent compelling circumstances.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: December 12, 2019
New York, New York

ANALISA TORRES
United States District Judge