UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                                Plaintiffs,

                -against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

14 Civ. 7535 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

On November 19, 2019, the Honorable Debra C. Freeman issued an ORDER closing discovery in this case. ECF No. 249 at 18–19. Plaintiffs *pro se* filed objections to that order on December 26, 2019. ECF No. 255. Defendants filed a response to those objections on January 10, 2020. ECF No. 259.

Plaintiffs now ask the Court for an extension to reply to Defendants' response. ECF No. 261. Neither Federal Rule of Civil Procedure 72 nor the Court's Individual Practices in Civil Cases contemplates a reply in support of objections to a Magistrate Judge's ruling. *Chen-Oster v. Goldman, Sachs & Co.*, No. 10 Civ. 6950, 2019 WL 6221110, at *4 (S.D.N.Y. Oct. 7, 2019); *see also Alexander v. Evans*, No. 88 Civ. 5309, 1993 WL 427409, at *4 (S.D.N.Y. Oct. 15, 1993) (denying party's motion for leave to file a reply in support of party's objections, noting the absence of a provision for replies in Rule 72, and declining to consider the reply under the district court's inherent discretion to hear further evidence) Although a reply is not authorized, this Court may, in its inherent discretion, allow a reply. *See Alexander*, 1993 WL 427409, at *4.

Accordingly, given the short extension requested by Plaintiffs, and their status as *pro se* litigants, Plaintiffs' request to file a reply is GRANTED. By **January 28, 2020**, Plaintiffs shall file their reply, not to exceed five pages. It is further ORDERED that Defendants will contact Plaintiffs to ensure that they have received a copy of Defendants' response. If Defendants find that Plaintiffs have not yet received a copy of Defendants' response by January 17, 2020, Defendants shall make arrangements to provide a copy of the response on Plaintiffs by **January 21, 2020**.

The Clerk of Court is also directed to mail a copy of this order to Plaintiffs *pro se*.

        SO ORDERED.

Dated:  January 16, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge