```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                Defendants.

14 Civ. 7535 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions at ECF Nos. 279, 283, and 285. Accordingly, Plaintiffs' requested relief is DENIED.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

    SO ORDERED.

Dated: January 7, 2021
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge