```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                Plaintiffs,

-against-                14 Civ. 7535 (AT) (DCF)

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,    **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' submissions at ECF Nos. 304–05. Federal Rule of Civil Procedure 56(d) provides for a request to be made by affidavit or declaration, not by separate motion. Fed. R. Civ. P. 56(d).

      Plaintiffs represent that multiple witnesses "who were to provide affidavits in opposing summary judgment have died from Covid-19." ECF No. 304 at 2. By **March 8, 2021**, Plaintiffs shall submit a letter to the Court identifying each witness who has passed, and attaching a death certificate, published obituary, or funeral announcement for each witness. After receiving this submission, the Court will determine whether to extend the parties' briefing schedule on Defendants' motion for summary judgment.

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

      SO ORDERED.

Dated: February 22, 2021
       New York, New York

                                      ANALISA TORRES
                                United States District Judge