```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
TZVEE WOOD and ANDREA MALESTER,

                        Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2021
```

14 Civ. 7535 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters at ECF Nos. 327–31.

    On March 15, 2021, the Court permitted Plaintiffs to "**redact** . . . confidential financial information, personally identifiable information, and medical information" from the publicly-filed version of their opposition papers. ECF No. 309 (emphasis added). On July 9, 2021, the Court received an e-mail from the Office of Pro Se Litigation, stating that Plaintiffs indicated that some portions of their opposition to Defendants' motion for summary judgment should be filed under seal. For example, Plaintiffs attached the declaration of Andrea Malester and designated the entire document as "SEALED."

    On July 12, 2021, the Court clarified that Plaintiffs never requested leave to file their submissions under seal and that the Court never granted Plaintiffs leave to file their opposition papers under seal. ECF No. 324. The Court also cautioned Plaintiffs that "[f]ailure to comply with this order [to redact their opposition papers] will result in Plaintiffs' opposition papers being filed on the public docket." *Id.* The Court gave Plaintiffs until July 19, 2021, to redact their submissions. *Id.*

    By letter dated July 20, 2021, Plaintiffs argue that the Court's July 12, 2021 order "did not provide a reasonable amount of time for Plaintiffs to reprocess the submission[.]" ECF No. 327 at 2. However, Plaintiffs received a clear directive on March 15, 2021, that their submissions could contain redactions. ECF No. 309. Therefore, Plaintiffs have had more than four months to prepare and file redacted versions of their opposition papers. As of August 3, 2021, Plaintiffs have not filed redacted versions of their opposition papers on the public docket.

    On July 19, 2021, the Court granted Defendants' request to seal Exhibit 13, pages WF00001902–1947; Exhibit 20; Exhibit 25; and Exhibit 26, pages D07798–10827 and D00821–07012 of Plaintiffs' opposition papers, because the documents contain highly personal information. ECF No. 326.

    Accordingly, Plaintiffs' opposition papers shall be filed on the public docket, with the exception of Exhibit 13, pages WF00001902–1947; Exhibit 20; Exhibit 25; and Exhibit 26, pages D07798–10827 and D00821–07012, which shall be filed under seal.

Defendants' application to unseal its motion papers at ECF No. 328 is DENIED without prejudice to renewal.

Plaintiffs' request to file a surreply at ECF No. 331 is GRANTED in part and DENIED in part. By **August 13, 2021**, Plaintiffs shall file any surreply, not to exceed 20 pages total, including all exhibits and attachments. No extensions will be granted. If Plaintiffs fail to meet this deadline, they will not be permitted to file a surreply. If Plaintiffs fail to comply with the page limitations, the Court will only consider the first 20 pages of their submission.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

SO ORDERED.

Dated: August 3, 2021
New York, New York

ANALISA TORRES
United States District Judge