# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TZVEE WOOD and ANDREA MALESTER,

                    Plaintiffs,                    14 **CIVIL** 7535 (AT)

      -against-                                **JUDGMENT**

MUTUAL REDEVELOPMENT HOUSES, INC.,
et al.,

                    Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 15, 2021

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                                  BY:

                                                                        **Deputy Clerk**