```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
TZVEE WOOD and ANDREA MALESTER,

                          Plaintiffs,

               -against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021

14 Civ. 7535 (AT) (DCF)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' submissions at ECF Nos. 346–49.

    The Court has decided Plaintiffs' motion for summary judgment. ECF No. 344. Accordingly, Plaintiffs' request for oral argument, ECF No. 349, to strike ECF Nos. 275-7 and 275-13, ECF No. 348 at 4–6, and for a stay, *id.* at 4, 6, are DENIED as moot.

    Plaintiffs' request to supplement their 56.1 statement, ECF No. 346 at 5–7, is DENIED. Plaintiffs' request to strike ECF Nos. 342 and 343, ECF No. 348 at 1–4, is DENIED. Plaintiffs' request to access the sealed portions of the docket, ECF No. 347, is DENIED.

    Plaintiffs' request to re-file a redacted version of ECF No. 334, ECF No. 346, is GRANTED. Plaintiffs shall file the redacted version of ECF No. 334 by **October 5, 2021**. Plaintiffs shall file the redacted versions in **hard copy** in the exact order they wish the documents to appear on the docket. Plaintiffs may not email the filing.

    Plaintiffs' request to redact portions Exhibit 13, pages WF00001902–1947; Exhibit 20; Exhibit 25; and Exhibit 26, pages D07798–10827 and D00821–07012 of Plaintiffs' opposition papers rather than filing them under seal, ECF No. 346 at 2–5, is DENIED. Plaintiffs' opposition papers shall be filed on the public docket, with the exception of Exhibit 13, pages WF00001902–1947; Exhibit 20; Exhibit 25; and Exhibit 26, pages D07798–10827 and D00821–07012, which shall be filed under seal. ECF No. 332.

    Plaintiffs' request to file an unredacted version of ECF No. 334 under seal, ECF No. 346 at 5, is GRANTED. Plaintiffs shall file the unredacted version of ECF No. 334 by **October 5, 2021**. Plaintiffs shall hand deliver the unredacted filing to Sealed Records and present a copy of this order. Sealed Records may be contacted at (212) 805-0700 for further instructions.

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

    SO ORDERED.

Dated:  September 23, 2021
          New York, New York

                                                     ANALISA TORRES
                                                     United States District Judge