```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                          Plaintiffs,

-against-                                        14 Civ. 7535 (AT)

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,        **ORDER**

                        Defendants.

ANALISA TORRES, District Judge:

        The Court has reviewed Plaintiffs' submission at ECF Nos. 353.

        The Court's order dated September 23, 2021, ECF No. 350, is AMENDED as follows: By **October 21, 2021**, Plaintiffs may to file a letter attaching Exhibits 25, 26, 27a, and 27b to their opposition to Defendants' motion for summary judgment, ECF No. 334. Plaintiffs may refile **only** "Exhibits 25, 26, 27a, 27b, and any subparts thereof" as Plaintiffs have advised the Court that these specific exhibits "suffered some filing issue." ECF No. 346. The letter and attachments must be in **hard copy** and must be hand delivered or mailed to *Pro Se* Intake. The address for *Pro Se* Intake is Clerk of Court, Attn. *Pro Se* Intake, 500 Pearl St., New York, New York 10007. The Clerk of Court is directed to accept the letter and attachments and docket them.

        Additionally, by **October 21, 2021**, Plaintiffs may file, under seal, unredacted versions of the following exhibits to ECF No. 334: Exhibit 13, pages WF00001902–1947; Exhibit 20; Exhibit 25; and Exhibit 26, pages D07798–10827 and D00821–07012. Plaintiffs shall hand deliver the unredacted filing to Sealed Records and present a copy of this order. Sealed Records may be contacted at (212) 805-0700 for further instructions.

        By **October 21, 2021**, Defendants shall submit a letter on the docket indicating their position on whether the claims against Miriam Zwerin and Walter Mankoff are extinguished by their deaths and whether a stay is necessary under Federal Rule of Civil Procedure 25(a)(1).

        The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

        SO ORDERED.

Dated: October 13, 2021
       New York, New York

                                                          ANALISA TORRES
                                                          United States District Judge