```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                Defendants.

14 Civ. 7535 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' submissions at ECF Nos. 353, 356, and 357.

      Plaintiffs' motion to stay judgment, ECF No. 353, is DENIED as moot as Plaintiffs have filed a notice to appeal, ECF No. 355, and an appeal has been docketed, *Wood v. Mutual Redevelopment Houses*, No. 14 Civ. 7535, 2021 WL 4197280 (S.D.N.Y. Sept. 14, 2021), *appeal docketed*, No. 21-2617 (2d Cir.). Fed. R. Civ. P. 62.1(a)(2). Plaintiffs' request for additional time to compile with the Court's order at ECF No. 354, dated October 13, 2021, ECF No. 356, is DENIED as moot as an appeal has been docketed and the appeal record has been sent to the Second Circuit. Dkt. Entry dated October 18, 2021.

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

      SO ORDERED.

Dated: October 29, 2021
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge