```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZVEE WOOD and ANDREA MALESTER,

                Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

                Defendants.

14 Civ. 7535 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' submissions at ECF Nos. 361 and 362.  The motion is DENIED as Plaintiffs have filed a notice to appeal, ECF No. 355, and an appeal has been docketed, *Wood v. Mutual Redevelopment Houses*, No. 14 Civ. 7535, 2021 WL 4197280 (S.D.N.Y. Sept. 14, 2021), *appeal docketed*, No. 21-2617 (2d Cir.).  Fed. R. Civ. P. 62.1(a)(2).

      The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

      SO ORDERED.

Dated:  December 3, 2021
        New York, New York

ANALISA TORRES
United States District Judge