UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022
```

TZVEE WOOD and ANDREA MALESTER,

               Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

               Defendants.

14 Civ. 7535 (AT)

TZVEE WOOD and ANDREA MALESTER,

               Plaintiffs,

-against-

MUTUAL REDEVELOPMENT HOUSES, INC., et al.,

               Defendants.

18 Civ. 726 (AT)

Tzvee Wood and Andrea Malester,

               Plaintiffs,

-against-

Mutual Redevelopment Houses, Inc.; Penn South Cooperative Federal Credit Union; Penn South Social Services, Inc.; Carmen Santiago a/k/a Carmen Angelico; Brendan Keany, each in their professional and individual capacities; and John and Jane Does 1-50,

               Defendants.

19 Civ. 9563 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Plaintiffs' letter dated May 16, 2022, at No. 14 Civ. 7535, ECF No. 368, No. 18 Civ. 726, ECF No. 126, and No. 19 Civ. 9563, ECF No. 100.

      First, Plaintiffs request that the Court search its records for information about three specific conferences, and, as to a February 14, 2018 conference before the undersigned, compel those present to provide sworn statements about the conference. The Honorable Debra C. Freeman (retired) searched her records for recordings of the specific conferences Plaintiffs previously requested, *see, e.g.*, No. 14 Civ. 7535, ECF No. 366, and she was unable to locate any

recordings.  The Southern District of New York's Records Management Department also conducted a search of Judge Freeman's recordings and was unable to locate the recordings Plaintiffs requested.  *See, e.g.*, No. 14 Civ. 7535, ECF No. 368 at 2–3.  Further, this Court does not record conferences as a matter of course.  Conducting further searches of the Court's internal records for information beyond what is available on the public docket would an inappropriate use of the Court's resources.  *See, e.g.*, No. 14 Civ. 7535, ECF No. 367 at 2.  As to Plaintiffs request that the Court compel those present at the conferences to conduct such searches or provide statements, Plaintiffs provide no authority for this request and the Court shall not compel such actions.  Accordingly, Plaintiffs requests are DENIED.

Second, Plaintiffs' renewed request to file a letter for *in camera* review, is GRANTED because Plaintiffs assert that the filing relates to *ex parte* interactions between the Court, Plaintiffs, and Plaintiffs' former counsel, *see, e.g.*, No. 14 Civ. 7535, ECF No. 368 at 5.  By **May 27, 2022**, Plaintiffs shall file the letter with the Court.

SO ORDERED.

Dated: May 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge